IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VIRGILIO HERRERA REYES,** | : | |
| | : | **CIVIL ACTION** |
| Petitioner, | : | |
| | : | No. 13-CV-06439 |
| v. | : | |
| | : | |
| **ALEJANDRO MAYORKAS et al.,** | : | |
| | : | |
| Respondents. | : | |

## ORDER

This 4th day of November, 2014, it is hereby **ORDERED** that the government defendants' Motion for Summary Judgment is **GRANTED**.

                                                /s/ Gerald Austin McHugh
                                         United States District Court Judge